JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL SHAW, | Case: 5:15-CV-00906-VAP-SP |
| Plaintiff, | **ORDER** |
| v. | |
| AGUSTIN MARROQUIN; and Does 1-10, | |
| Defendants. | |

## ORDER

This action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: August 3, 2015

*Virginia A. Phillips*

HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT COURT JUDGE